UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL NASEMAN,

    Plaintiff,

v.

JEFFREY TANNER,

    Defendant.

_____/

Case No. 19-cv-11796
Hon. Matthew F. Leitman

## **JUDGMENT**

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                DAVID J. WEAVER
                CLERK OF COURT

                By:    s/Holly A. Monda
                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 8, 2020
Flint, Michigan